UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORIS LAURY,

        Plaintiff,                      Civil Action No. 12-cv-13511
                                               HON. BERNARD A. FRIEDMAN
vs.                                                MAG. JUDGE LAURIE J. MICHELSON

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

        This matter is before the Court on Magistrate Judge Laurie J. Michelson's Report and Recommendation ("R&R") dated August 20, 2013 [docket entry 12]. The R&R recommended that the Court partially grant plaintiff's motion for summary judgment [docket entry 8] and deny the Commissioner's motion for summary judgment [docket entry 10]. Neither plaintiff nor the Commissioner has filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

        The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. In this case, remand is appropriate because it does not appear that the ALJ fully recognized the nature and extent of Dr. Conic's treatment relationship with the plaintiff. See e.g. Wilson v. Comm'r of Soc. Sec., 378 F.3d 541, 544 (6th Cir. 2004). Accordingly,

IT IS ORDERED that Magistrate Judge Laurie J. Michelson's R&R, dated August 20, 2013, is hereby accepted and adopted and the Commissioner's decision is remanded for further proceedings in accordance therewith.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is granted in part.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment is denied.

Dated: September 10, 2013          S/ Bernard A. Friedman_____
       Detroit, Michigan           BERNARD A. FRIEDMAN
                                   SENIOR UNITED STATES DISTRICT JUDGE